# CRIMINAL CAUSE FOR ARRAIGNMENT

BEFORE: Judge Glasser    2/28/2007    TIME: 11:00 -11:15

CR- 07-119

DEFT NAME: **Desean Allen**
 X present ___ not present ___ cust. X bail

DEFENSE COUNSEL: **Peter Kirchhiemer**
 X present ___ not present ___ CJA ___ RET. X LAS

A.U.S.A.: **Tanisha Simon**    CLERK: Ogoro N. Francis
INT: (LANG.- . )    Prob:
Court Reporter: Ronald Tolkin

- X  CASE CALLED.   X  DEFT APPEARS WITH COUNSEL.
- __ DEFT APPEARS WITHOUT COUNSEL.
- __ COUNSEL PRESENT WITHOUT DEFT.
- __ STATUS CONF/HRG FOR DEFT ADJ'D TO ____.
- __ STATUS CONF/HRG FOR DEFT HELD.
- __ JURY SELECTION SET FOR ____.
- X  BEFORE J. GLASSER __ PARTIES CONSENT TO MAGISTRATE.
- __ TRIAL SCHEDULED FOR ____.

- __ **SPEEDY TRIAL** INFO FOR DEFT __ STILL IN EFFECT    CODE
     TYPE__   START_____   STOP_____
     __ ORDER / WAIVER EXECUTED & FILED. __ ENT'D ON RECORD.

- __ STATUS CONF/HRG CONT'D TO ____.
- __ FURTHER STATUS CONF/HRG SET FOR ____.

- X  DEFT __ SWORN  X  ARRAIGNED __ INFORMED OF RIGHTS
     __ WAIVES TRIAL BEFORE DISTRICT COURT

- __ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE (Superseding) INDICTMENT / INFORMATION.
- __ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- __ SENTENCING TO BE SET BY PROBATION.

**OTHER: Defendant enters a Not Guilty Plea. Order of Excludable Delay entered on the Record. Time excluded between February 28, 2007 and April 9, 2007 at 4pm in the interest of Justice and for the reasons stated on the record. Under the Speedy Trial Act the Findings required by Title 18 U.S.C. 3161 (h)(8) (A) are hereby made. Bail is continued.**